Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 12 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE JASWAY III<br><br>Defendant. | 1:23-CR-2067-MKD<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Firearm<br><br>18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)<br>Forfeiture Allegation |

The Grand Jury charges:

On or about December 3, 2022, in the Eastern District of Washington, the Defendant, WILLIE JASWAY III, knowing his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Glock 17, 9mm pistol, bearing serial number BSHA493, which firearm had theretofore been transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegation set forth in this Indictment is hereby realleged and incorporated herein by this reference for the purpose of alleging forfeiture.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1) and § 924(a)(8), as set forth in this Indictment, the Defendant, WILLIE JASWAY III, shall forfeit to the United States of America any firearm, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

- a Glock 17, 9mm pistol, bearing serial number BSHA493 and loaded ammunition.

DATED this 12th day of December, 2023.

A TRUE BILL

Foreperson

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 2