FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIE JASWAY, III,<br><br>Defendant. | No. 1:23-CR-2067-MKD<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT<br><br>**ECF No. 6**<br><br>**\*\*USMS ACTION REQUIRED\*\*** |

Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 6. The United States moves to dismiss the Indictment dated December 12, 2023, ECF No. 1, without prejudice, having received notice that Defendant is deceased. Fed. R. Crim. P. 48(a) allows the United States to dismiss an indictment with leave of court. The Court has reviewed the record and the motion and finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.    The United States' Motion to Dismiss Indictment, **ECF No. 6,** is **GRANTED**.

ORDER - 1

2.      The Indictment, **ECF No. 1**, is **DISMISSED without prejudice.**

3.      The arrest warrant, **ECF No. 4**, is **QUASHED**.

4.      All pending motions, if any, are **DENIED as moot.**

5.      All pending hearing dates are **STRICKEN.**

**IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order; provide copies to counsel, the U.S. Probation Office, and the U.S. Marshals Service; and **CLOSE** the file.

DATED December 11, 2024.

_s/Mary K. Dimke_
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2